

**NUMBER 13-15-00075-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JUAN MANUEL ALFARO,**                                                                 **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                 **Appellee.**

---

**On appeal from the 389th District Court
of Hidalgo County, Texas.**

---

## ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Order Per Curiam**

This cause is currently before the Court on appellant's fourth motion for extension of time to file the brief. The clerk's record was filed on April 10, 2015, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant three extensions of time totaling 196 days to

file the brief, and appellant now seeks an additional fourteen days, until December 7, 2015, to file the brief.

The Court GRANTS appellant's fourth motion for extension of time and orders the Honorable O. Rene Flores to file the brief on or before December 7, 2015. The court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
2nd day of December, 2015.

2